IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR234 |
| | ) | |
| v. | ) | |
| | ) | |
| DARROW FOWLER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS ORDERED:

1) The hearing on plaintiff's Rule 35 motion (Filing No. 34) is rescheduled for:

**Thursday, March 9, 2006, at 9:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Defendant need not be present.

2) Assistant federal public defender, Michael J. Hansen, is reappointed under the Criminal Justice Act to represent the defendant for purposes of the Rule 35(b) motion.

DATED this 28th day of February, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court