IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR234 |
| | ) | |
| v. | ) | |
| | ) | |
| DARROW FOWLER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion for Rule 35 hearing (Filing No. 40). Accordingly,

IT IS ORDERED that a hearing on plaintiff's Rule 35 motion is scheduled for:

**Thursday, December 14, 2006, at 11:45 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Defendant need not be present.

DATED this 7th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court